UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

PORTUS SINGAPORE PTE LTD,

        Plaintiff,

- against -

KENYON & KENYON LLP, JEFFREY S. GINSBERG, and AARON GRUNBERGER,

        Defendants.

16-cv-6865 (JGK)

BENCH OPINION

---

JOHN G. KOELTL, District Judge:

For the reasons stated on the record at the conference held on **June 11, 2018,** the motions for judgment on the pleadings filed by Jeffrey S. Ginsberg and Aaron Grunberger are denied. The Clerk of Court is directed to close the motions at Docket Numbers 62 and 65.

The parties are directed to file a Rule 26(f) report with the Court by **June 29, 2018.**

SO ORDERED.

Dated:    New York, New York
           June 12, 2018

                                          John G. Koeltl
                                    United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 6-12-18