# BARCLAY DAMON LLP

**Dennis R. McCoy**
*Partner*

February 5, 2020

<u>VIA CM/ECF:</u>

Hon. John G. Koeltl
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

*[Handwritten order:]* ORAL ARGUMENT ADJOURNED TO THURSDAY, FEBRUARY 20, 2020, AT 2:30PM. ALL PARTIES WILL APPEAR VIA PHONE. COUNSEL FOR THE PLAINTIFF WILL ARRANGE THE CONFERENCE CALL, BY CONTACTING ALL PARTIES AND THEN CONTACTING THE COURT AT (212) 805-0222.

SO ORDERED.
2/7/20  /s/ G. Koeltl
          USDJ

Re: <u>Portus Singapore PTE Ltd v. Kenyon & Kenyon LLP et al</u>
    Civil Action No. 16-cv-06865

Dear Judge Koeltl:

I am writing to request an adjournment of the motion arguments in this case scheduled for February 10, 2020. My wife was admitted to the ICU at Roswell Park Cancer Institute this morning at 3:00 AM. At this point, there is no clear indication when she will be discharged. However, it seems certain that she will be hospitalized into next week, at a minimum.

I have spoken with Mr. Bonebrake, who will be arguing the motions on behalf of Plaintiff, and he does not object to this request. I suggest that a call be scheduled with Chambers and counsel next week, so a new date can be determined.

I thank the Court and counsel for their kind consideration of this request.

Very truly yours,

/s/ Dennis R. McCoy

Dennis R. McCoy

DRM

cc: James G. Bonebrake, Esq.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 2·7·20

The Avant Building - 200 Delaware Avenue Suite 1200 - Buffalo, New York 14202  barclaydamon.com
dmccoy@barclaydamon.com  Direct: (716) 566-1560  Fax: (716) 566-4014

19996800 1