**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
PORTUS SINGAPORE PTE LTD,

               Plaintiff,

   -against-                               16 **CIVIL** 6865 (JGK)

                                                **JUDGMENT**

KENYON & KENYON LLP,

               Defendant.
-----------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated March 27, 2020, the Court has considered all of the arguments of the parties; to the extent not discussed, they are either moot or without merit; The plaintiff's motion to strike the expert testimony of Robert Stoll is denied; the defendant's motion to strike the expert testimony of Justin Lewis is granted; the defendant's motion to strike expert testimony of Clare Cox is denied; the defendant's motion for summary judgment is granted; judgment is entered for the defendant dismissing this case; accordingly, this case is closed.

**Dated:** New York, New York
          March 30, 2020

                                                     **RUBY J. KRAJICK**
                                                     _____
                                                      **Clerk of Court**
               **BY:**
                                                      _____
                                                     **Deputy Clerk**